UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Harold A. Ackerman |
| v. | : | Crim. No. 07-627 (HAA) |
| WILLIAM WALKER | : | <u>ORDER</u> |

This matter having come before the Court on the motion of the United States of America, by Christopher J. Christie, United States Attorney for the District of New Jersey (Brian R. Howe, Assistant U.S. Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of twenty-one (21) days to allow the defendant and his counsel time to determine, based on a review of the discovery, whether to file pre-trial motions in this matter and what motions to file, and the Court having considered the matter, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. On or about September 6, 2007, defendant Walker applied for the appointment of counsel pursuant to Title 18, United States Code, Section 3006A. Having reviewed the financial affidavit completed by the defendant and considered the arguments of defendant Walker and the Government, the Court denied defendant Walker's application and ordered him to privately retain counsel.

2. On or about September 14, 2007, the Court entered an order continuing the proceedings in the above-captioned matter from September 19, 2007 until November 17, 2007 in order to allow the defendant sufficient time to retain counsel to represent him.

3. On or about November 26, 2007, the Court entered an order continuing the

proceedings in the above-captioned matter from November 20, 2007 until December 19, 2007 in order to hold a case management conference.

4. On or about December 4, 2007, the Court held a case management conference and hearing to address defendant Walker's application for appointment of counsel in the above-captioned matter and reserved decision at that time.

5. On or about December 10, 2007, by way of written Opinion and Order, the Court denied defendant Walker's application for appointment of counsel and set a pretrial motion schedule with a trial date of January 9, 2008.

6. Defendant Walker and his counsel will require time to determine, based on a review of the discovery, whether to file pre-trial motions in this matter and what motions to file.

7. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 19 day of December, 2007

ORDERED that the proceedings in the above-captioned matter are continued from December 20, 2007 until January 9, 2008 in order to allow the defendant and his counsel time to determine, based on a review of the discovery, whether to file pre-trial motions in this matter and what motions to file; and

IT IS FURTHER ORDERED that the period between December 20, 2007 and January 9, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. HAROLD A. ACKERMAN
United States District Judge