UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM WALKER,

        Defendant

Criminal No. 07-627(HAA)

### ORDER

In order to eliminate unnecessary motions in this case, upon consideration of the Defendant's unopposed request for an extension of time in which to pursue discovery and/or to file pre-trial motions,

**IT IS ORDERED:**

That all deadlines imposed by this Court's Order for Discovery and Inspection dated April 2, 2008, shall be extended by a period of seven (7) days, whether applicable to the Defendant, the Government, or both, with the exception that unless otherwise modified, the trial date shall remain set for May 20, 2008.

By the Court: SO ORDERED.

*Harold A. Ackerman*, J
U.S.D.J.
April 16, 2008